1 | Dina L. Santos, SBN 204200
  | A Professional Law Corporation
2 | 455 Capitol Mall, Suite 802
  | Sacramento, CA 95814
3 | Telephone: (916) 447-0160

Attorney for:
Tiffany Brown

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>TIFFANY BROWN ,<br><br>                Defendant | CASE NO. 11-0190 MCE<br>                16-0005 MCE<br><br>STIPULATION TO CONTINUE J&S TO JANUARY 9, 2020, AT 10:00 A.M. (AMENDED) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Tiffany Brown, by and through her Counsel of record, Dina Santos hereby stipulate to continue the date for J&S to January 9, 2020.

///
///
///
///
///
///
///

1

1 | Issues relating to the final recommendation for sentencing remain outstanding. Probation has
2 | been notified of the new date.
3 | IT IS SO STIPULATED.

Dated: November 25, 2019

McGregor Scott
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant United States Attorney

Dated: November 25, 2019

/s/ Dina L. Santos
DINA SANTOS, ESQ.
Attorney for TIFFANY BROWN

**ORDER**

IT IS SO ORDERED.

Dated: December 3, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE