Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Tiffany Brown

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 11-0190 MCE |
|---|---|
| Plaintiff, | 16-0005 MCE |
| v. | STIPULATION AND ORDER TO CONTINUE J&S TO JANUARY 21, 2021, AT 10:00 A.M. |
| TIFFANY BROWN, | |
| Defendant | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Tiffany Brown, by and through her Counsel of record, Dina Santos hereby stipulate to continue the date for J&S to January 21, 2021. Probation will be notified of the new date.

IT IS SO STIPULATED.

Dated: September 30, 2020        McGregor Scott
                                 United States Attorney


                                 /s/ Jason Hitt
                                 JASON HITT
                                 Assistant United States Attorney


Dated: September 30, 2020        /s/ Dina L. Santos
                                 DINA SANTOS, ESQ.
                                 Attorney for TIFFANY BROWN

1

**ORDER**

Pursuant to stipulation and good cause appearing, IT IS HEREBY ORDERED THAT the date for Defendant Tiffany Brown's Judgment and Sentencing is continued to January 21, 2021, at 10:00 A.M.

IT IS SO ORDERED.

Dated:  October 1, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE