1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone: (916) 447-0160

4
   Attorney for:
5  Tiffany Brown

6
                    IN THE UNITED STATES DISTRICT COURT
7
                       EASTERN DISTRICT OF CALIFORNIA
8
   UNITED STATES OF AMERICA,              CASE NO. 11-0190 MCE
9                                                   16-0005 MCE
                       Plaintiff,
10                                         STIPULATION TO CONTINUE J&S TO
   TIFFANY BROWN ,                        MARCH 25, 2021, AT 10:00 A.M.
11                     Defendant

12

13

14

15                             **STIPULATION**

16      Plaintiff United States of America, by and through its counsel of record, and Tiffany Brown, by

17 and through her Counsel of record, Dina Santos hereby stipulate to continue the date for J&S to March

18 25, 2021.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                       1

1 | Probation will be notified of the new date.

2 | IT IS SO STIPULATED.

3 | Dated: January 27, 2021

McGregor Scott
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant United States Attorney

Dated: January 27, 2021

/s/   Dina L. Santos
DINA SANTOS, ESQ.
Attorney for TIFFANY BROWN

**ORDER**

IT IS SO ORDERED.

Dated: January 29, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2