Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Tiffany Brown

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0190 MCE |
|---|---|
| Plaintiff, | 2:16-CR-0005 MCE |
| TIFFANY BROWN, | STIPULATION TO CONTINUE J&S TO JUNE 10, 2021, AT 10:00 A.M. |
| Defendant | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Tiffany Brown, by and through her Counsel of record, Dina Santos hereby stipulate to continue the date for J&S to June 10, 2021. Probation has been notified of the new date and is available.

IT IS SO STIPULATED.

Dated: March 17, 2021

Phillip Talbert
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant United States Attorney

Dated: March 17, 2021

/s/ Dina L. Santos
DINA SANTOS, ESQ.
Attorney for TIFFANY BROWN

IT IS SO ORDERED.

Dated: March 23, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1