Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Tiffany Brown

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 11-0190 MCE |
| | 16-0005 MCE |
| Plaintiff, | |
| | STIPULATION TO CONTINUE J&S TO |
| TIFFANY BROWN , | SEPT. 16, 2021, AT 10:00 A.M. |
| Defendant | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Tiffany Brown, by and through her Counsel of record, Dina Santos hereby stipulate to continue the date for J&S to September 16, 2021. Probation has been notified of the new date and is available.

IT IS SO STIPULATED.

Dated: June 1, 2021        Phillip Talbert
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant United States Attorney

Dated: June 1, 2021        /s/ Dina L. Santos
DINA SANTOS, ESQ.
Attorney for TIFFANY BROWN

**ORDER**

Pursuant to the stipulation of the parties, the judgment and sentencing in this case is continued to September 16, 2021.

IT IS SO ORDERED.

Dated: June 4, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE