1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone:  (916) 447-0160

4
   Attorney for:
5  Tiffany Brown

6
                IN THE UNITED STATES DISTRICT COURT
7
                EASTERN DISTRICT OF CALIFORNIA
8
   UNITED STATES OF AMERICA,              CASE NO. 11-0190 MCE
9                                                  16-0005 MCE
                            Plaintiff,
10                                         STIPULATION & PROPOSED ORDR TO
   TIFFANY BROWN ,                         CONTINUE J&S TO
11                          Defendant      DECEMBER. 16, 2021, AT 10:00 A.M.

12

13

14                            **STIPULATION**

15      Plaintiff United States of America, by and through its counsel of record, and Tiffany Brown, by

16  and through her Counsel of record, Dina Santos hereby stipulate to continue the date for J&S to

17  December 16, 2021.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                    1

1    Issues related to the final sentencing recommendation remain outstanding.  Probation has been

2    notified of the new date and is available.

3    IT IS SO STIPULATED.

4    Dated:  September 21, 2021                    Phillip Talbert
                                                   United States Attorney
5

6                                                  /s/ Jason Hitt
                                                   JASON HITT
7                                                  Assistant United States Attorney

8    Dated:  September 21, 2021                    /s/   Dina L. Santos
9                                                  DINA SANTOS, ESQ.
                                                   Attorney for TIFFANY BROWN
10

11

12

13                                    **ORDER**

14   IT IS SO ORDERED.

15   Dated:  September 24, 2021

16

17   _____
18   MORRISON C. ENGLAND, JR.
     SENIOR UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

                                       2